UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 18-61684-CIV-MORENO

ROGELIO MARTINEZ,

      Plaintiff,

v.

CWC TRANSPORTATION, LLC,

      Defendant.

_____/

**JOINT MOTION FOR IN CAMERA INSPECTION AND
APPROVAL OF PARTIES' CONFIDENTIAL SETTLEMENT
AGREEMENTS AND DISMISSAL WITH PREJUDICE**

Plaintiff, Rogelio Martinez, and Defendant, CWC Transportation, LLC, file this Joint

Motion for In Camera Inspection and Approval of Parties' Confidential Settlement Agreements,

and Dismissal with Prejudice and respectfully state as follows:

1.      This is an action filed under the Fair Labor Standards Act ("FLSA"), in which

Plaintiff sought recovery for overpaid overtime allegedly due and owing to him.

2.      In order to avoid the costs and uncertainties of litigation and the attorneys' fees

associated with these types of actions, the parties have negotiated a resolution of the matter and

entered into a confidential settlement agreement.

3.      Because of the nature of Plaintiff's claims, which include wages allegedly owed

under the FLSA, the settlement requires Court approval in order to become effective. *Lynn's

Food Stores v. U.S. Dept. of Labor*, 619 F.2d 1350 (11th Cir. 1982).

4.      Defendants deny all of Plaintiff's allegations. Significantly, as to Plaintiff's claim

of unpaid overtime wages, Defendant contends that Plaintiff was exempt from the overtime

requirements of the FLSA pursuant to the Motor Carrier exemption contained in 29 U.S.C. § 213(b)(1).  Accordingly, the amount of money he is receiving is fair with respect to his individual claims.  Further, Plaintiff agreed and acknowledged in the settlement agreement that he has been fully paid for all hours worked.

5.      The parties jointly agree that the terms of their settlement are appropriate in light of all of the facts and legal standards applicable in this case, and both the cost of protracted litigation and the risk of each side winning or losing was taken into account in the parties agreeing upon the resolution memorialized in their Settlement Agreement.

6.      Throughout the entirety of the resolution process, Plaintiff was represented by counsel with experience in this area of law.  Defendant was also represented by competent counsel throughout this process.

7.      Because the settlement agreement requires confidentiality, the parties do not wish to file it with the Court and thereby make it a part of the Court file.  Accordingly, the parties request permission to deliver the settlement agreement to Magistrate Judge Seltzer for an in camera review.  Assuming the agreement meets with Magistrate Judge Seltzer's approval, the parties request entry of an Order approving the settlement agreement.

8.      Following in camera review, the copy of the settlement agreements provided to Magistrate Judge Seltzer may be destroyed or returned to the parties.

9.      Accordingly, the parties jointly request that the Court review the parties' settlement agreement in camera, enter an Order approving the settlement agreement, and following entry of such Order, enter an Order dismissing this case with prejudice, with the Court retaining jurisdiction to enforce the terms of the settlement agreement.

Dated:  October 18, 2018                          Respectfully Submitted,


s/Luis A. Cabassa                                 s/David A. Buchsbaum
Luis A. Cabassa                                   David A. Buchsbaum
Fla. Bar. No. 0053643                             Fla. Bar No. 0117961
lcabassa@wfclaw.com                               dbuchsbaum@fisherphillips.com
Wenzel Fenton Cabassa P.A.                        FISHER & PHILLIPS LLP
1110 N. Florida Avenue, Suite 300                 450 East Las Olas Boulevard, Suite 800
Tampa, Florida 33602                              Ft. Lauderdale, Florida 33301
Telephone:  (813) 224-0431                        Telephone: (954) 525-4800
Facsimile: (813) 229-8712                         Facsimile: (954) 525-8739


Cynthia Gonzalez                                  Attorneys for Defendant
Fla. Bar No. 53052
cynthia@wagesdue.com
Cynthia Gonzalez P.A.
4023 North Armenia Avenue
Suite 240
Tampa, FL 33607
Telephone: (813) 333-1322
Facsimile: (866) 5593-6771


Attorneys for Plaintiff

3